IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02614-AP

ROBINETTE C. GREBENCE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> MICHAEL W. SECKAR
> 402 W. 12th Street
> Pueblo, CO 81003
> (719) 543-8636
> seckarlaw@mindspring.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> WILLIAM PHARO
> Assistant United States Attorney
> william.pharo@usdoj.gov
>
> THOMAS S. INMAN
> Special Assistant United States Attorney
> 1001 Seventeenth Street
> Denver, Colorado 80202
> (303) 844-0014
> tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 10/06/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 11/07/2011

    C.    **Date Answer and Administrative Record Were Filed:** 01/06/2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 03/06/2012

    B.    **Defendant's Response Brief Due:** 04/05/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 04/20/2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

     A.    **Plaintiff's Statement:**    Oral argument is not requested.

     B.    **Defendant's Statement:**  Oral argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

     A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 27th day of January, 2012.

                                                    BY THE COURT:

                                               *s/John L. Kane*
                                               U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/*Michael W. Seckar* | JOHN F. WALSH |
| MICHAEL W. SECKAR | UNITED STATES ATTORNEY |
| 402 W. 12th Street. | |
| Pueblo, CO 81003 | WILLIAM PHARO |
| (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | |
| | s/ *Thomas S. Inman* |
| Attorney for Plaintiff | THOMAS S. INMAN |
| | Special Assistant U.S. Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | Telephone:  (303) 844-0014 |
| | tom.inman@ssa.gov |
| | |
| | Attorneys for Defendant |