IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02614-AP

ROBINETTE C. GREBENCE,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                For Plaintiff:
                MICHAEL W. SECKAR
                402 W. 12th Street
                Pueblo, CO 81003
                (719) 543-8636
                seckarlaw@mindspring.com

                For Defendant:
                JOHN F. WALSH
                United States Attorney

                WILLIAM PHARO
                Assistant United States Attorney
                william.pharo@usdoj.gov

                THOMAS S. INMAN
                Special Assistant United States Attorney
                1001 Seventeenth Street
                Denver, Colorado 80202
                (303) 844-0014
                tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 10/06/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 11/07/2011

    C.    **Date Answer and Administrative Record Were Filed:** 01/06/2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 03/06/2012

    B.    **Defendant's Response Brief Due:** 04/05/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 04/20/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:**    Oral argument is not requested.

      B.    **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 27th day of January, 2012.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/*Michael W. Seckar* <br> MICHAEL W. SECKAR <br> 402 W. 12th Street. <br> Pueblo, CO 81003 <br> (719) 543-8636 <br> seckarlaw@mindspring.com <br><br> Attorney for Plaintiff | JOHN F. WALSH <br> UNITED STATES ATTORNEY <br><br> WILLIAM PHARO <br> Assistant United States Attorney <br><br> s/ *Thomas S. Inman* <br> THOMAS S. INMAN <br> Special Assistant U.S. Attorney <br> 1001 Seventeenth Street <br> Denver, Colorado 80202 <br> Telephone:  (303) 844-0014 <br> tom.inman@ssa.gov <br><br> Attorneys for Defendant |